# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RIVERA,<br><br>      Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION,<br><br>      Defendant. | Civil Action No. 3:21-cv-1326<br><br><br><br>October 6, 2021 |

## DEFENDANT'S NOTICE OF REMOVAL

TO:    Clerk of the Court
          United States District Court District of Connecticut
          141 Church Street
          New Haven, CT 06510

          Maria Rivera
          304 Woodbury Circle
          Middletown, CT 06457

**PLEASE TAKE NOTICE** that Pratt & Whitney, a division of Raytheon Technologies Corporation (improperly identified in the Complaint as Defendant "Raytheon Technologies Corporation") ("Defendant" or "RTX"), by its counsel and pursuant to 28 U.S.C. §§ 1332(a), 1331 and 1441(b), respectfully submits this Notice of Removal regarding the civil action entitled *Maria Rivera v. Raytheon Technologies Corporation*, Docket No. MMX-CV-21-5014122-S (the "State Court Action"), filed in the State of Connecticut Superior Court, Judicial District of Middletown, to this Court. In support of its Notice of Removal, Defendant states as follows:

**Timeliness of Removal**

        1.    In her Complaint (a true and correct copy of which is attached as Exhibit A), Plaintiff Maria Rivera ("Plaintiff" or "Rivera") alleges that she was discriminated against on the

basis of her sex (female) and age (born in 1965), subjected to a hostile work environment based on her sex (female) and age (born in 1965), and retaliated against for complaining to Defendant's Human Resources department, in violation Title VII of the Civil Rights Act of 1964, as amended, and "all the applicable laws of the State of Connecticut." (Compl. ¶ 18.) Pursuant to 28 U.S.C. §1446, a true and accurate copy of the Summons, Complaint, and all other pleadings, orders, and other papers or exhibits of every kind in the State Court Action are attached hereto as Exhibit B.

2. On September 7, 2021, Plaintiff served the Complaint on Defendant through the Secretary of the State of Connecticut.

3. Defendant timely filed this Notice of Removal within 30 days of receipt of the Complaint. *Abdullah v. Erdner Bros, Inc.*, No. 3:14-cv-01742-VAB, 2015 WL 1190141, at *2 (D. Conn. March 16, 2015) ("the 30–day period for filing a notice of removal does not commence with service upon a statutory agent, such as a secretary of state, but instead when the defendant actually receives the complaint.").

**Basis for Removal—Federal Question and Diversity Jurisdiction**

4. This Court has original jurisdiction over the Complaint pursuant to 28 U.S.C. § 1331 because Plaintiff alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as amended ("Title VII"), which arise under the Constitution, laws or treaties of the United States. (Compl. ¶ 18). Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(c).

5. Alternatively, this Court also has jurisdiction over the Complaint based on diversity of citizenship under 28 U.S.C. § 1332, in that:

    (a) Plaintiff is a citizen of the State of Connecticut (Compl. ¶ 3); and

    (b) the named Defendant Pratt & Whitney, a division of Raytheon Technologies Corporation is a citizen of the State of Delaware, in that it is

a corporate entity existing under the laws of the State of Delaware, and has its principal place of business in the Commonwealth of Massachusetts.

6. Accordingly, this action is one in which the party properly joined and served as a defendant is not a citizen of the state in which the action was brought. 28 U.S.C. § 1441(b).

7. In addition, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs. In her Complaint, Plaintiff claims she suffered economic loss and emotional distress. (Compl. ¶ 19.) Additionally, Plaintiff demands: (i) compensatory damages; (ii) punitive damages; (iii) attorneys' fees and costs; and (iv) prospective and retrospective injunctive relief. (*See* Compl., Prayer For Relief.)

8. As reflected in her Complaint, Plaintiff seeks punitive damages. (Compl., Prayer for Relief.) "[W]here both actual and punitive damages are recoverable under a complaint[,] each must be considered to the extent claimed in determining the jurisdictional amount." *Peoples Club of Nig. Int'l v. Peoples Club of Nig. Int'l - N.Y. Branch*, 821 F. App'x 32, 35 (2d Cir. 2020) (quoting *Bell v. Preferred Life Assur. Soc'y of Montgomery, Ala.*, 320 U.S. 238, 240 (1943)). "[I]f punitive damages are permitted under the controlling law, the demand for such damages may be included in determining whether the jurisdictional amount is satisfied." *Id.* at 35 (quoting *A.F.A. Tours, Inc. v. Whitchurch*, 937 F.2d 82, 87 (2d Cir. 1991)).

9. Thus, it does not appear to a legal certainty that Plaintiff cannot recover in excess of $75,000.00 on her cause of action. Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, this Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1332(a) and 1441(b).

10. This Court has supplemental jurisdiction over Plaintiff's remaining state law claims arising under "all applicable laws of the State of Connecticut" pursuant to 28 U.S.C. § 1367

because they are so related to the claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

**Venue**

11.     Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Venue is proper in this District because this Court embraces the Judicial District of Middlesex at Middletown, where the State Court Action is pending. 28 U.S.C. §1441(a).

**Notice of Removal to Plaintiff and the State of Connecticut Superior Court**

12.     Pursuant to 28 U.S.C. § 1446(d), Defendant will file written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, with the Clerk of the State of Connecticut Superior Court, Judicial District of Middlesex at Middletown. Defendant will also promptly serve a copy of the notice filed with the State of Connecticut Superior Court, Judicial District of Middlesex at Middletown on Plaintiff via e-mail and United States Postal Service. A true and correct copy of the Notice of Filing of Notice of Removal to United States District Court District of Connecticut is attached as Exhibit C.

13.     By filing this Notice of Removal, Defendant does not waive any defenses available at law, in equity, or otherwise.

14.     The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant Pratt & Whitney, a division of Raytheon Technologies Corporation respectfully requests that the above-referenced civil action proceed in the United States District Court for the District of Connecticut, as an action properly removed to that court.

>
> Respectfully submitted,
>
> PRATT & WHITNEY, A DIVISION OF
> RAYTHEON TECHNOLOGIES
> CORPORATION
>
> By: */s/ Nicole C. Chomiak*
>
> Anthony S. Califano, #ct27323
> acalifano@seyfarth.com
> Nicole C. Chomiak, #ct18547
> nchomiak@seyfarth.com
> SEYFARTH SHAW LLP
> Two Seaport Lane, Suite 1200
> Boston, MA  02210
> (617) 946-4800 telephone
> (617) 946-4801 facsimile
>
> *Attorneys for Defendant*
> *Pratt & Whitney, a division of Raytheon*
> *Technologies Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, a true and correct copy of DEFENDANT'S NOTICE OF REMOVAL was filed electronically with this Court and served via e-mail and United States Postal Service upon Plaintiff as follows:

>Maria Rivera
>304 Woodbury Circle
>Middletown, CT 06457
>Mariarivera11a@gmail.com

>__/s/ Nicole C. Chomiak_____
>Nicole C. Chomiak